No. 73–5835. Salazar *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5878. Green *v.* Louisiana. Sup. Ct. La. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5908. Burge *v.* Mississippi. Sup. Ct. Miss. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–988. Carlson *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari and reverse.

No. 73–1125. Admiral-Merchants Motor Freight, Inc., et al. *v.* Container Corporation of America et al. C. A. 7th Cir. Motion to defer consideration and certiorari denied.

No. 73–1159. Dun & Bradstreet, Inc. *v.* Hood. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari in light of important First and Fourteenth Amendment questions that are raised. See 486 F. 2d 25, 28–30, with which views Mr. Justice Douglas disagrees.

No. 73–5828. Pernell *v.* Rose, Warden, et al. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari, vacate the judgment, and remand the case on grounds of mootness.

No. 73–6124. McKinley *v.* Review Board of the Indiana Employment Security Division et al. App. Ct. Ind. Certiorari denied. Mr. Justice Douglas would deny certiorari because petition was filed out of time.